USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M & J MECHANICAL CORP.,

                Plaintiff,

-against-

CALDWELL & WALSH BUILDING CONSTRUCTION, INC. et al.,

                Defendants.

24-CV-03336 (MMG)

**ORDER GRANTING DEFAULT JUDGMENT**

MARGARET M. GARNETT, United States District Judge:

    For the reasons explained during the default judgment hearing on October 2, 2024, the Court GRANTS default judgment for Plaintiff against Defendant Caldwell & Walsh Building Construction, Inc. on Counts 1, 2, 3, 4, 5, and 6 of the Complaint at Dkt. No. 3, and grants default judgment for Plaintiff against Defendant Michael Ferrone on Counts 5 and 6 of the Complaint at Dkt. No. 3. The Clerk of Court is directed to terminate Dkt. No. 19.

    By separate order, the Court will refer the case to Magistrate Judge Lehrburger for an inquest into damages. Plaintiff must serve this Order upon both Defendants and must file an affidavit reflecting such service on the docket by **October 11, 2024**.

Dated: October 3, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge