LEE M. TESSER +×
STEVEN COHEN*°
STEPHEN PAUL WINKLES*
ROBERT E. BENNETT+
FRANCIS A. KIRK*
GINA A. MAKOUJY, LL.M.+
DANIELLE E. COHEN*
MATTHEW LAKIND*
STEVEN T. KEPPLER+



**TESSER & COHEN**
ATTORNEYS AT LAW

946 MAIN STREET
HACKENSACK, NEW JERSEY 07601

(201) 343-1100
FACSIMILE: (201) 343-0885
WRITER'S E-MAIL: DCOHEN@TESSERCOHEN.COM
WWW.TESSERCOHEN.COM

NEW YORK OFFICE
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005-2205
(212) 226-1900
FACSIMILE: (201) 343-0885

* NY and NJ Bar
+ NJ Bar
× Mass. Bar
° Rule 1:40 Qualified Mediator

**VIA E-FILING**

October 30, 2024

Magistrate Judge Robert W. Lehrburger
500 Pearl Street, Room 1960
U.S. District Court
Southern District of New York
New York, New York 10007

Granted.

SO ORDERED:

10/30/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

    Re:    **M & J Mechanical Corp. v. Caldwell & Walsh Building Construction, Inc., et al.**
           **Civil Action No.: 1:24-cv-3336**
           **Our File No.: 2306-01**

Dear Judge Lehrburger:

This firm represents M & J Mechanical Corp. ("M&J") with regard to the above referenced matter. Currently, the submission of proposed findings of fact and conclusions of law concerning all damages and any other monetary relief permitted under the entry of default judgment is due on November 1, 2024. It is respectfully requested that the submission date be extended to November 8, 2024. No prior adjournments have been requested. The defendants have not appeared in this action and are in default therefore we cannot obtain their consent.

Thanking Your Honor for their kind attention to this matter.

Respectfully,

Danielle Cohen
DC/dn