```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M&J MECHANICAL CORP.,                        :
                                             :
                        Plaintiff,           :    24-CV-3336 (MMG) (RWL)
                                             :
            - against -                      :
                                             :        ORDER
CALDWELL & WALSH BUILDING                    :
CONSTRUCTION, INC. and MICHAEL               :
FERRONE,                                     :
                                             :
                        Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed Plaintiff's submissions for default judgment and inquest. Plaintiff has not provided sufficient information to conduct the inquest. Accordingly, by March 19, 2025, Plaintiff shall file, with an authenticating declaration:

1. Exhibit H to the Weiss Declaration (Dkt. 20) referenced at Paragraph 9 thereof;

2. Any demand letters directed to Defendants for payments due;

3. Any responses from Defendants to Plaintiff's demand letters;

4. A schedule of amounts paid and amounts due by Defendant;

5. Justification for using March 27, 2024 as the start date for interest;

6. Identification of Plaintiff's and Defendant' Caldwell & Walsh Building Construction, Inc.'s states of incorporation; and

7. The state in which Defendant Ferrone is domiciled (residence is not the same as domicile, and domicile determines the state of which an individual is a citizen).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2025
       New York, New York

Copies transmitted this date to all counsel of record.