## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
M &J MECHANICAL CORP.,

                Plaintiff,                     24 **CIVIL** 3336 (MMG)(RWL)

   -against-                                  **<u>JUDGMENT</u>**

ALDWELL & WALSH BUILDING C ONSTRUCTION,
INC., and MICHAEL F ERRONE,

                Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2025, there are no objections and as the Court reviewed the record and finds no clear error the Court hereby adopts the R&R in its entirety. Judgment is entered in favor of Plaintiff M&J Mechanical Corp. against only Defendant Caldwell & Walsh Building Construction, Inc., awarding M&J: (1) $2,751,245.34 in damages; and (2) statutory interest, up to the time of judgment, at a rate of 1% per month, or 12% per annum, starting from March 27, 2024 for the total interest amount of $425,123.94.

**Dated:**  New York, New York

      July 10, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                                **BY:**

                                                  **Deputy Clerk**